1 CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

2

3 MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

4 THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

5
    60 South Market Street, Suite 1200
6     San Jose, California 95113
    Telephone: (408) 535-5065
7     FAX: (408) 535-5081
    tom.colthurst@usdoj.gov
8
Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 88-CR-00161-EXE |
| Plaintiff, | ) NOTICE OF DISMISSAL |
| v. | ) |
| JOHN JAIRO CALDERON AND JUAN MANUEL CALDERON, | ) |
| Defendants. | ) |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment as to the following defendants (and only these defendants), and moves that the Court quash the arrest warrants

////

////

////

NOTICE OF DISMISSAL
Case No. 88-cr-00161-EXE

for these defendants issued in connection with this case: John Jairo Calderon (defendant 1) and Juan Manuel Calderon (defendant 2).

DATED: October 20, 2025                         Respectfully submitted,

                                                     CRAIG H. MISSAKIAN
                                                     United States Attorney

                                                     /s/
                                                     MARTHA BOERSCH
                                                     Chief, Criminal Division

NOTICE OF DISMISSAL
Case No. 88-cr-00161-EXE

|   |   |
|---|---|
| 1 | ORDER |

Leave is granted to the government to dismiss the indictment as to the following defendants: John Jairo Calderon (defendant 1) and Juan Manuel Calderon (defendant 2). It is further ordered that the arrest warrants for these defendants issued in connection with this case are quashed.

Date: _____

THE HONORABLE ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

NOTICE OF DISMISSAL
Case No. 88-cr-00161-EXE